UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

John Raines and Tim McGough, as Trustees of the Carpenters & Joiners Welfare Fund, Twin City Carpenters Pension Master Trust Fund, and Twin City Carpenters Vacation Fund; John Raines as Trustee of the Carpenters and Joiners Apprenticeship and Journeymen Training Trust Fund, and each of their successors,

        Plaintiffs,

vs.

Stellar Exteriors of Minnesota, Inc., and Scott Pederson, individually,

        Defendants.

Civ. No. 12-781 (RHK/JJK)

**ORDER TO SHOW CAUSE**

---

This matter is before the Court on Plaintiffs' Motion for Order to Show Cause to hold Defendants in civil contempt (Doc. No. 24). In their Motion, Plaintiffs aver that Defendants Stellar Exteriors of Minnesota ("Stellar") and Scott Pederson, Stellar's owner, have failed to comply with the Court's August 1, 2012 Order for Entry of Default (Doc. No. 22), which required Defendants to produce fringe fund reports for the months of July 2011 through May 2012 and to produce records for audit for the period of April 2011 through the present. Based on the foregoing, and all the files, records, and proceedings herein, **IT IS ORDERED**:

    1.    Plaintiffs' Motion for Order to Show Cause (Doc. No. 24) is **GRANTED**;

    2.    Defendants Stellar Exteriors of Minnesota, Inc., through its owner Scott Pederson, and Scott Pederson individually are **ORDERED** to personally appear before

the Court on **October 2, 2012**, at **8:00 a.m.**, in Courtroom 7A, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota and **SHOW CAUSE**, if any, why they should not be adjudged in contempt of the Court's August 1, 2012 Order.  ***Pederson is warned that his failure to respond to this Order to Show Cause or to comply with the Court's August 1, 2012 Order may result in the issuance of a warrant for his arrest and his incarceration until such compliance***; and

3. Plaintiffs shall personally serve Pederson with a copy of this Order to Show Cause and thereafter file proof of the same with the Court.

Dated: August 23, 2012         s/Richard H. Kyle
                               RICHARD H. KYLE
                               United States District Judge